IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAURICE A. SMITH,

                                   Plaintiff,                                   ORDER

          v.                                                                    12-cv-371-bbc

NICOLE WILLIAMS, Parole Agent,

                                   Defendant.

---

Plaintiff Maurice Smith has filed a document captioned to this court and titled Injunction to Cease and Desist Imposition of Court Access and State Provided Liberty Interest Provided by Conditions of Parole. I will treat this submission as a proposed civil complaint and will also construe plaintiff to include a request for leave to proceed *in forma pauperis.* The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

Referencing the affidavit of indigency plaintiff filed in another case in this court, 12-cv-371, plaintiff was only recently released from prison, is unemployed and has no monthly income.

Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement.  As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 1st day of June, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2